**CLD-090**                                                                                                         **January 20, 2012**
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **11-3795**

UNITED STATES OF AMERICA

v.

DUNG BUI
a/k/a DANNY BUI,
Appellant
(ED/PA Criminal No. 08-cr-00427)
(Criminal treated as Civil)

Present:  RENDELL, HARDIMAN and ROTH, <u>Circuit</u> <u>Judges</u>

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); in the above-captioned case.

                                    Respectfully,

                                    Clerk

MMW/JBK/tmm

_____ORDER_____

Bui's request for a certificate of appealability is granted on the question whether Bui's attorney committed ineffective assistance by advising him to plead guilty to 21 U.S.C. § 860, and whether, if Bui's counsel provided ineffective assistance, the collateral waiver in Bui's plea agreement is enforceable as to that claim.  <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Judge Roth would have denied this request for a certificate of appealability.

                                    By the Court,


                                    <u>/s/Marjorie O. Rendell</u>
                                    Circuit Judge

Dated: May 9, 2012

JT/cc:  John S. Benson, Esq.
       Frank A. Labor, III, Esq.
       Mr. Dung Bui